1  E.K. Wade (Pro Se)
2  542 North Civic Drive, Apt. D
   Walnut Creek, CA  94597
3  (925) 323-1578
   ekpeactime@aol.com

4  **Attorney for Plaintiff**

FILED

JAN 14  AM 10: 49

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9                      **UNITED STATES DISTRICT COURT**

10                     **NORTHERN DISTRICT OF CALIFORNIA**

11                         **SAN FRANCISCO DIVISION**

12

13  **E. K. Wade**                         )  **Case Nos. C 08-00021 MEJ; C 08-0001**
                                           )  **EMC; C 07-05257 MHP; and C 06-4751**
14                          **Plaintiff,** )  **MEJ**

15  **vs.**                                )  **NOTICE OF UNAVAILABILITY:**
                                           )
16  **Elaine Chao, Secretary of Labor**    )
    **U.S. Department of Labor, et al,**   )
17  **Office of Public Defender; and AFGE;** )

18                       **Defendants.**

19  ─────────────────────────────────

20  **To Honorable Judges MEJ, EMC, and MHP, UNITED STATES ATTORNEYS, and**

21  **AFGE:**

22

23      Plaintiff will be unavailable from January 16, 2008 to February 16, 2008 as he

24  recovers from surgery scheduled for January 16, 2008 at Kaiser Permanente in Walnut

25  Creek.  After surgery, Plaintiff will be placed in a skilled nursing facility somewhere in

26  Antioch, California.

27

28

E. K. Wade v. Elaine Chao, et al, SF Public Defender, and AFGE

1   Respectfully submitted

2                                                        Dated this 14th day of January 2008

3                                                        *E. K Wade*

4                                                        _____
                                                         **E. K. Wade (Pro Se)**
5                                                        **Attorney for Plaintiff**
                                                         **542 North Civic Drive, Apt. D**
6                                                        **Walnut Creek, CA  94597**
                                                         **(925) 323-1578**
7                                                        **ekpeactime@aol.com**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

E. K. Wade v. Elaine Chao, et al. SF Public Defender, and AFGE