UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E. K. Wade,

                Plaintiff(s),

Case No. 07-cv-05257-MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        v.

City and County of San Francisco Public
Defender's Office,
                Defendant(s).
                              /

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02/15/2008

City&County of San Francisco
[Party]

Dated: 02/15/2008

Lisa B. Berkowitz
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05