UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E. K. Wade,

                    Plaintiff(s),

                    v.

City and County of San Francisco Public
Defender's Office,

                    Defendant(s).
_____/

CASE NO. 07-cv-05257-MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

✱ Counsel report that they have met and conferred regarding ADR and that they:

    ✓    have not yet reached an agreement to an ADR process
          request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| E. K. Wade | In Pro Per | (925) 323-1578 | ekpeacetime@aol.com |
| Lisa B. Berkowitz | Defendant, City & County of San Francisco | (415) 554-3825 | lisa.berkowitz@sfgov.org |

*Defendant's counsel has not been able to contact Plaintiff.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 02/15/2008

E. K. Wade, In Pro Per
Attorney for Plaintiff

Lisa B. Berkowitz
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."