DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
LISA B. BERKOWITZ, State Bar #167657
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3825
Facsimile:    (415) 554-4248
E-Mail:       lisa.berkowitz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

E.K. WADE
Plaintiff, In Pro Per
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO PUBLIC DEFENDER'S OFFICE,<br><br>　　　　Defendant. | Case No. C07-5257 MHP<br><br>**STIPULATED REQUEST AND PROPOSED ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE WITH MUTUAL WAIVER OF COSTS AND FEES**<br><br>FRCP, RULE 41 |

　　　　Plaintiff in the above entitled matter hereby requests the order of the Court dismissing all claims in the above referenced case with prejudice. The parties stipulate to the order of the Court

for dismissal with mutual waiver of costs and fees.

Dated: _____

*E.K. Wade*

E.K. WADE
Plaintiff, In Pro Per

Dated: 3/3/08

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
Deputy City Attorney

By: _____
LISA B. BERKOWITZ

## ORDER

BASED ON THE ABOVE STIPULATION, the Court hereby orders Plaintiff's entire Complaint dismissed with prejudice, each party to bear its own costs and fees.

DATED:

HON. MARILYN H. PATEL
U.S. District Court

FRCP, Rule 41 dismissal - CASE NO. C07-5257