1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar # 83788
   Chief Labor Attorney
3  LISA B. BERKOWITZ, State Bar #167657
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3825
6  Facsimile:    (415) 554-4248
   E-Mail:       lisa.berkowitz@sfgov.org

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

10 E.K. WADE
   Plaintiff, In Pro Per
   542 North Civic Drive, Apt. D
11 Walnut Creek, CA 94597

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| E. K. WADE, | Case No. C07-5257 MHP |
|---|---|
| Plaintiff, | **STIPULATED REQUEST AND PROPOSED ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE WITH MUTUAL WAIVER OF COSTS AND FEES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO PUBLIC DEFENDER'S OFFICE, | FRCP, RULE 41 |
| Defendant. | |

Plaintiff in the above entitled matter hereby requests the order of the Court dismissing all claims in the above referenced case with prejudice. The parties stipulate to the order of the Court

for dismissal with mutual waiver of costs and fees.

Dated: _____  *E.K. Wade*
E.K. WADE
Plaintiff, In Pro Per

Dated: 3/3/08

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
Deputy City Attorney

By: _____
LISA B. BERKOWITZ

## ORDER

BASED ON THE ABOVE STIPULATION, the Court hereby orders Plaintiff's entire Complaint dismissed with prejudice, each party to bear its own costs and fees.

DATED: April 28, 2010

HON. MARILYN H. PATEL
U.S. District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

FRCP, Rule 41 dismissal - CASE NO. C07-5257